AO 93 (Rev. 5/85) Search Warrant α

## United States District Court

_____ DISTRICT OF ___**New Mexico**___

FILED
UNITED STATES DISTRICT COURT
DISTRICT New Mexico
15 NOV 17 PM 1:42
CLERK-ALBUQUERQUE

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

**The person of Elijah Shirley**

### SEARCH WARRANT

CASE NUMBER: 15-MR-719

TO: **Federal Bureau of Investigation** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Special Agent Cary Cahoon** who has reason to
                                               Affiant
believe that on the person of (name, description and/or location) **Elijah Shirley**

in the _____ District of ___**New Mexico**___ there is now

concealed a certain person or property, namely (describe the person or property)

**DNA evidence in the form of saliva with a buccal swab and blood with a finger prick.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person
or property so described is now concealed on the person or premises above-described and establish grounds for
the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __November 19 2015__
                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy
of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property
seized and promptly return this warrant to _____**the undersigned**_____
                                                    U.S. Judge or Magistrate
as required by law.

3:52 p.m. 11-9-15   at   __Farmington, NM__
Date and Time Issued                             City and State

[Signature]                **B. Paul Briones, US Magistrate Judge**   Name and Title of Judicial Officer
Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 11/9/2015 | DATE AND TIME WARRANT EXECUTED 11/16/2015  11:30 a.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Elijah Shirley |
| INVENTORY MADE IN THE PRESENCE OF  Elijah Shirley | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

DNA Samples
- Saliva with a buccal swab
- Blood with a finger prick

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Date 11/17/2015